United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: | ) |
| | ) |
| Unit Petroleum Company, | ) |
| | ) Chapter 11 |
| Reorganized Debtor.[1] | ) |
| | ) Case No. 20-32738 |
| | ) |

**ORDER DENYING UNIT CORPORATION'S MOTION FOR AN ORDER
ENFORCING THE CONFIRMATION ORDER**

[Relates to Docket No. 164]

Upon consideration of Unit Corporation's Motion for an Order Enforcing the Confirmation Order [Docket No. 164] (the "**Motion**"), and the Response in Opposition to the Motion filed by David M. Poarch, R. Brett Kramer, individually and as trustee of the R. Brett Kramer Trust B, and PJ Oil LLC ("**Plaintiffs**"), and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334, and having given due deliberation upon the Motion and Opposition thereto, as well as all proceedings had before the Court in connection with the Motion, it is hereby **ORDERED** that the Motion is **DENIED**.

The claims and causes of action alleged by Plaintiffs in *Poarch et al. v. Unit Corporation*, Case No. 23-cv-00798-PRW in the United States District Court for the Western District of Oklahoma ("**Oklahoma Litigation**") were not released under the *Amended Joint Chapter 11 Plan of Reorganization* (Docket No. 320) or the *Findings of Fact, Conclusions of Law, and Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming the Debtors' Joint Chapter 11 Plan of Reorganization* (Docket No. 340). The Chapter 11 Plan and the Confirmation Order also do not bar or enjoin Plaintiffs from proceeding with the Oklahoma Litigation before the United States District Court for the Western District of Oklahoma.

Signed: October 04, 2024

_____
Christopher Lopez
United States Bankruptcy Judge